UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS, INC.,

Defendants.

Civ. No. 00-CV-932 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, the Complaint in the above-referenced matter was served upon Sony Corporation of America on April 14, 2000, and upon Sony Electronics, Inc., on April 12, 2000;

WHEREAS, the parties have agreed to extend the time to answer or otherwise respond to the Complaint to May 31, 2000, to allow the defendants sufficient time to investigate the plaintiffs' allegations;

IT IS HEREBY STIPULATED that:

MAY 11 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. The time for the defendants to answer or otherwise respond to the Complaint shall be extended to May 31, 2000.

Dated: May 9, 2000

HEINS MILLS & OLSON, P.L.C.

By______________________
Samuel D. Heins (#43676)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605

Herbert E. Milstein
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600

ATTORNEYS FOR PLAINTIFFS

Dated: May 8, 2000

DORSEY & WHITNEY

By______________________
Robert A. Schwartzbauer (#98115)
William A. Dossett (#237930)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Michael T. Williams
HELLER EHRMAN
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
(213) 689-7593

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED:**

Dated: 5/11, 2000

Hon. Arthur J. Boylan
United States Magistrate Judge