UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MICHAEL CHRISTIAN, ET AL., Civil No. 00-932 DWF/AJB

Plaintiff,

v. ORDER

SONY CORPORATION OF AMERICA, ET AL.,

Defendants.

---

The above referenced matter came before this Court on letter submissions from the parties regarding proposals for mediation of the above captioned matter. Based on the parties' submissions, and all other files, records, and proceedings herein, the following order is entered:

1. Brian Short of St. Paul, Minnesota, shall mediate the dispute between the parties as set forth below. The parties shall evenly split the cost of the mediator's fees and mediation shall occur at times, dates, and places to be set by the mediator.

2. Anything that is disclosed, either verbally or in writing, during the mediation sessions shall be deemed privileged and confidential and will not be admissible for any purpose, including proving bias or prejudice on the part of any witness or any other person in these proceedings.

3. Two weeks prior to commencement of the expert presentations, the parties will exchange relevant information. In particular, plaintiffs will provide defendants with the model names and numbers of the computers

Filed AUG 09 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

of the named plaintiffs. Defendants will identify in writing for plaintiffs, by model name and/or number, the computers manufactured by defendants that contain either Super I/O Devices or Bridge Chip Sets manufactured by one of three manufacturers to be named by plaintiffs, as well as the number of each such computer sold by defendants in the United States. Each party shall exchange curriculum vitae for all of its experts, engineers, consultants or other individuals who will play a role in the exchange or analysis of technological information, seven (7) days prior to that party's presentation.

4. *Expert presentations*. At a time and location to be agreed upon, plaintiffs' expert(s) will describe the defect that is the subject of plaintiffs' complaint and defendants will be allowed to question plaintiffs' expert(s). Following a reasonable period for defendants to prepare, not to exceed thirty (30) days, defendants' expert(s) will make a comparable presentation. Defendants will either agree with plaintiffs' presentation or specify in what respect(s) they disagree and why. Plaintiffs will be allowed an opportunity to question defendants' experts(s).

5. Neither party will be provided access to any proprietary testing materials belonging to the other parties' experts. Any written materials used during the presentation shall be returned to the presenting party at the conclusion of the mediation. No copies of any such materials shall be made. Any notes taken at the expert presentations or mediation shall be destroyed at the conclusion of the mediation and an Affidavit attesting to that fact shall be provided to the presenting party's counsel.

6. Within two (2) weeks of conclusion of defendants' presentation and with

the mediator present, the parties will undertake a negotiation for the settlement of the litigation.

7. At the conclusion of the mediation, the mediator shall report to the Magistrate Judge on the outcome of the mediation. Said report shall be a one-sentence report expressing whether the case did or did not settle. If the case did not settle, the mediator shall specifically be prevented from and is hereby ordered not to report on the nature, conduct or positions taken by the parties during the mediation session. The mediator shall have no other role in this lawsuit if it proceeds beyond the mediation stage. Specifically, the mediator shall be disqualified from being considered as a Special Master, Settlement Master, Discovery Referee, or any other type of assignment that may be considered by the Court.

8. Those individuals with authority to settle on behalf of defendants shall attend in all phases of the presentations and the mediation ordered herein.

9. The mediator shall have the authority to amend the timing of the expert presentations, mediation sessions, as well as any deadlines upon which disclosures are due as set forth herein. The mediator shall also have the authority to determine the location of the parties' presentations and resulting mediation.

Dated: 8/9/00

ARTHUR J. BOYLAN
United States Magistrate Judge