**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Michael A. Christian, et al.,

Plaintiffs,

Civil No. 00-932 DWF/AJB

v.

**PRETRIAL SCHEDULING ORDER**

Sony Corporation of America, et al.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by August 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before April 1, 2001.

   b. By Defendant(s) on or before May 1. 2001.

   c. Plaintiffs' expert rebuttal reports shall be disclosed on or before June 1, 2001.

3. No specific limit on the number of interrogatories that may be served by any party will be imposed at this time.

4. No specific limit of on the number of depositions that may be taken by any party, excluding expert witness depositions, will not be imposed at this time. Each party shall take no more than 4 expert depositions.

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by February 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Class Certification

1. The Court has considered a request for bifurcation of class and merits discovery and **hereby denies** the request. Class and merits discovery in this action shall be conducted contemporaneously.

2. The Court is advised that plaintiffs have served their motion for class certification. Defendants' response to the motion for class certification shall be served on or before November 1, 2000. Plaintiffs' reply shall be served on or before January 1, 2001. Plaintiffs shall promptly schedule hearing on class certification upon completion of briefing on motion for class certification.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on February 1, 2002, or upon resolution of any pending dispositive motions.

Dated: 8/10/00

Arthur J. Boylan
United States Magistrate Judge