UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS, INC.,

Defendants.

Civ. No. 00-CV-932 (DWF/AJB)

**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES**

1. In order to minimize the need for expert witnesses to supplement their disclosures at the close of discovery, the undersigned parties, through their respective counsel, hereby stipulate and agree to extend the following deadlines in the Court's Pretrial Scheduling Order entered on August 10, 2000 ("Pretrial Order") as follows:

> Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
>
> a. By Plaintiff(s) on or before August 15, 2001.
>
> b. By Defendant(s) on or before September 15, 2001.
>
> c. Plaintiffs' expert rebuttal reports shall be disclosed on or before October 15, 2001.

2. Furthermore, now that the Court has set a hearing date for Plaintiffs' Class Certification Motion for February 16, 2001 at 10:00 a.m., Courtroom 2, in St. Paul, MN, the

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

undersigned parties, through their respective counsel, hereby stipulate and agree to extend the following deadlines in the Pretrial Order:

a. Defendants' response to the motion for class certification shall be served on or before November 17, 2000.

b. Plaintiffs' reply shall be served on or before January 17, 2001.

Dated: October 12, 2000

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

Herbert E. Milstein
Lisa M. Mezzetti
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600

**ATTORNEYS FOR PLAINTIFFS**

Dated: October 12, 2000

DORSEY & WHITNEY, LLP

Robert A. Schwartzbauer (#98115)
William A. Dossett (#237930)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

HELLER EHRMAN WHITE & MCAULIFFE LLP
Michael T. Williams
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-7593

**ATTORNEYS FOR DEFENDANTS**

SO ORDERED:

Dated: 10/17, 2000

Arthur J. Boylan
United States Magistrate Judge



26823