UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS, INC.,

Defendants.

Civ. No. 00-CV-932 (DWF/AJB)

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE**

1. The undersigned parties, through their respective counsel, hereby stipulate and agree to extend the time for plaintiffs to serve their reply brief in support of Plaintiffs' Motion for Class Certification by one week until January 24, 2001, on which date plaintiffs will also file all related motion papers with the Court.

2. The hearing on Plaintiffs' Class Certification Motion will go forward as scheduled on February 16, 2001 at 10:00 a.m., Courtroom 2, in St. Paul, MN.

Dated: January 15, 2001

HEINS MILLS & OLSON, P.L.C.

Daniel C. Hedlund

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Herbert E. Milstein
Lisa M. Mezzetti
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600

**ATTORNEYS FOR PLAINTIFFS**

Dated: January 12, 2001

DORSEY & WHITNEY, LLP

Robert A. Schwartzbauer (#98115)
William A. Dossett (#237930)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

HELLER EHRMAN WHITE &
MCAULIFFE LLP
Michael T. Williams
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-7593

**ATTORNEYS FOR DEFENDANTS**

SO ORDERED:

Dated: 1/16, 2001

Arthur J. Boylan
United States Magistrate Judge