**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Christian and Shirley Bebensee, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

Sony Corporation of America and Sony Electronics, Inc.,

Defendant.

Civil No. 00-932 (DWF/AJB)

**ORDER**

---

Herbert E. Milstein, Esq., and Lisa M. Mezzetti, Esq., Cohen, Milstein, Hausfeld & Toll, West Tower, Suite 500, 1100 New York Avenue N.W., Washington, D.C. 20005-3934; Samuel D. Heins, Esq., Bryan L. Crawford, Esq., Stacey L. Mills, Esq., and Daniel C. Hedlund, Esq., Heins, Mills & Olson, 700 Northstar E, 608 Second Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

Robert A. Schwartzbauer, Esq. and William A. Dossett, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402; Michael T. Williams, Esq., Heller, Ehrman, White & McAuliffe, 601 Figueroa Street West, 40th Floor, Los Angeles, CA 90017-5758, counsel for Defendant.

---

The above-entitled matter is before the Court on Defendants' motion and request to file on or before February 9, 2001, a response or sur-reply brief of no more than five pages, addressing what they assert to be new issues in the case based upon the contents of the Plaintiff's reply memorandum and several recent authorities that Defendants assert have become available subsequent to the filing of Defendants' opposition memorandum.

FILED FEB 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the presentations of counsel and the Court having reviewed the contents of the file in this matter, including the procedural status of the case, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Defendants' request for permission to file a responsive memorandum or sur-reply memorandum of no more than five pages is **GRANTED**.

2. The Court reserves the right to permit the Plaintiffs to file not more than a three-page response to Defendants' sur-reply memorandum in the event the interests of justice shall require.

Dated: February 8, 2001

DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

Briefly, the Court does not reach the issue of whether the reply memorandum of the Plaintiffs was submitted contrary to the Local Rules, as suggested by the Defendants' letter of February 2, 2001. The Court reserves the issue of whether any additional response by the Plaintiffs will be permitted.

D.W.F.