ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS, INC.,

Defendants.

Civ. No. 00-CV-932 (DWF/AJB)

**STIPULATION AND ORDER PERMITTING AMENDMENT OF COMPLAINT PURSUANT TO RULE 15(a)**

WHEREAS, after careful consideration, plaintiffs wish to amend their Complaint in this matter to reflect the withdrawal and dismissal of their cause of action for revocation of acceptance and to further clarify the class definition in this matter; and

WHEREAS, the defendants to this action have consented to the amendment of the Complaint in this regard;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. Plaintiffs shall be permitted to file and serve the Amended Class Action Complaint attached to the Affidavit of Daniel C. Hedlund as Exhibit A.

2. All responses by defendants to plaintiffs' original Complaint in this matter are deemed applicable to the Amended Complaint.

3. No costs shall be assessed for or against any party.

Dated: ~~February~~ March 1, 2001

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576)

29451

FILED MAR - 2 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

Herbert E. Milstein
Lisa M. Mezzetti
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600

**ATTORNEYS FOR PLAINTIFFS**

Dated: February 28, 2001

DORSEY & WHITNEY, LLP

Robert A. Schwartzbauer (#98115)
William A. Dossett (#237930)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

HELLER EHRMAN WHITE & MCAULIFFE LLP
Michael T. Williams
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-7593

**ATTORNEYS FOR DEFENDANTS**

Based upon the foregoing stipulation, IT IS SO ORDERED:

Dated: March 2, 2001

The Honorable Donovan W. Frank
United States District Court



28728