UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC.,

Defendants.

Civ. No. 00-CV-932 DWF/AJB

**ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS**

WHEREAS, on or about February 7, 2001, Defendants Sony Electronics Inc. and Sony Corporation of America (collectively, "Sony") filed a Motion for Summary Judgment in the above-referenced action;

WHEREAS, Sony's Memorandum of Law in Support of that Motion was twenty-seven (27) pages;

WHEREAS, Sony desires to file a Reply Memorandum, no later than April 30, 2001, said Memorandum not to exceed twelve (12) pages in length;

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE, it is hereby ORDERED that Sony is granted leave to file a Reply Memorandum not to exceed twelve (12) pages in length.

SO ORDERED.

Dated: April 26, 2001.

Donovan W. Frank
United States District Court Judge