UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL CHRISTIAN and SHIRLEY BEBENSEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY CORPORATION OF AMERICA and SONY ELECTRONICS, INC.,

Defendants.

Civ. No. 00-CV-932 (DWF/AJB)

**STIPULATION AND ORDER STAYING DISCOVERY AND EXTENDING DEADLINES**

WHEREAS, the parties have expended substantial time and significant efforts in an attempt to resolve this matter through technological exchanges and court-ordered mediation;

WHEREAS, the parties have devoted their efforts to these settlement endeavors over pursuing traditional discovery;

WHEREAS, the parties have reached an impasse in their attempts to settle this matter;

WHEREAS, plaintiffs require additional time to conduct discovery in this matter due to their previous focus on settlement and counsel's and witnesses' various summer vacation schedules;

WHEREAS, defendants desire a stay of all discovery in this matter pending the Court's resolution of certain motions pending before it;

WHEREAS, the parties desire to maximize efficiency and minimize litigation costs and burdens;

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

30866

WHEREAS, the parties recognize that an extension of the pretrial deadlines and trial ready date, as set forth in this Court's August 10, 2000 and October 17, 2000 Orders, will help further these goals;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel as follows:

1. All discovery in this action shall be stayed until September 1, 2001;

2. Non-expert discovery shall be completed by December 10, 2001;

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiffs on or before December 24, 2001;

   b. By Defendants on or before January 24, 2002;

   c. Plaintiffs' expert rebuttal reports shall be disclosed on or before February 22, 2002.

4. <u>Non-Dispositive Motions</u>

   (Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210).

   a. This Order does not modify the previous Scheduling Order with respect to motions to amend pleadings or add parties. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 10, 2002.

   b. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

5. <u>Dispositive Motions</u>

   a. All dispositive motions shall be served by the parties by March 22, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

   b. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

6. Trial

This case shall be ready for a **Jury** trial on June 10, 2002, or upon resolution of any pending dispositive motions.

Dated: June 12, 2001

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

Herbert E. Milstein
Lisa M. Mezzetti
COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600

**ATTORNEYS FOR PLAINTIFFS**

Dated: June 12, 2001

DORSEY & WHITNEY, LLP

Robert A. Schwartzbauer (#98115)
William A. Dossett (#237930)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

HELLER EHRMAN WHITE &
MCAULIFFE LLP
Michael T. Williams
Paul M. Kakuske
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-7593

**ATTORNEYS FOR DEFENDANTS**

SO ORDERED:

Dated: 6/13th, 2001

Arthur J. Boylan
United States Magistrate Judge